**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. _____ |
| | ) | |
| AMERISURE MUTUAL INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

## LOCAL RULE 5.7 STATEMENT

Whereas Plaintiff Allstate Insurance Company ("Allstate") initiated this action on this date by filing a Motion Under The Federal Arbitration Act To Confirm Sections of Arbitration Award ("the Motion"), including Exhibits 1-9 thereto;

Whereas Allstate simultaneously filed a Motion to Maintain Seal that attached a document as Exhibit A thereto;

Whereas Allstate believes that, due to special circumstances which Allstate will promptly bring to the attention of the judge to whom the case is to be assigned, it is necessary to restrict access to the case at this time;

Whereas Allstate is aware that absent an order extending or setting aside the sealing, the file and its contents will become public on the seventh day following the date of filing;

Allstate hereby requests that the clerk accept the Motion (including Exhibits 1-9 thereto) and Exhibit A to the Motion to Maintain Seal for filing and treat them as if they were restricted pursuant to Local Rule 26.2.

Dated: June 27, 2019

Respectfully submitted,

/s/ Mark G. Sheridan

One of the Attorneys for
Allstate Insurance Company

Mark G. Sheridan
msheridan@batescarey.com
BatesCarey LLP
191 N. Wacker Dr., Suite 2400
Chicago, IL 60606
312/762-3100

2234738_1.doc